IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CR-51-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CECIL VANN GILBERT, | ) | |
| | ) | |
| Defendant. | ) | |

On January 6, 2015, the court entered judgment against Cecil Vann Gilbert ("Gilbert") [D.E. 27]. On March 30, 2015, Gilbert filed a pro se motion to obtain copies of his sentencing transcript and other court documents [D.E. 30]. On April 6, 2015, the court entered a text order concerning Gilbert's request for a copy of his presentence investigation report and referred the remainder of the motion to the undersigned for disposition. According to Gilbert, he seeks the sentencing transcript to prepare a motion under 28 U.S.C. § 2255. For the reasons stated, Gilbert's motion for a free copy of the sentencing transcript is denied [D.E. 30].

Gilbert has not filed a notice of appeal, nor sought other post-judgment relief. In his motion, Gilbert, who has been deemed indigent, fails to explain why the sentencing transcript is necessary to any subsequent proceeding. Thus, Gilbert has not shown a particularized need for the documents at government expense. See Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152-53 (4th Cir. 1972). Further, he is not entitled "merely to comb through the record in the hope of discovering some flaw." United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). Accordingly, Gilbert's motion for free copies of the sentencing transcript is DENIED [D.E. 30].

SO ORDERED. This 7th day of April 2015.

                                                Julie Richards Johnston, Clerk of Court